It is so ordered.   The matter is hereby dismissed with prejudice.
/s/ John R. Adams
U.S. District Judge
12/1/14

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **MLP TECHNOLOGY, INC.** an Ohio corporation, Plaintiff, v. **LIFEMED ID, INC.** a California corporation, Defendant. | Civil Action No. 5:14-CV-00683-JRA JUDGE: JOHN R. ADAMS |

## STIPULATION OF DISMISSAL

Plaintiff MLP Technology, Inc. and Defendant LifeMed ID, Inc., hereby stipulate to the dismissal with prejudice of all claims in the instant case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and subject to the terms of a confidential settlement agreement executed by the parties to this action.  Each party will bear their own fees and costs.